**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LESLIE MICHNIEWICZ, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METASOURCE, LLC, d/b/a | : | NO. 09-2974 |
| METASOURCE, | | |
| | : | |
| Defendant. | : | |
| LORETTA KEOUGH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METASOURCE, LLC, d/b/a | : | NO. 09-4743 |
| METASOURCE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, on this    19th    day of November, 2010, upon careful consideration of

Defendant's Motions for Summary Judgment (Michniewicz ECF No. 28; Keough ECF No. 11),

the parties' supplemental letter briefing, and oral argument, it is hereby ORDERED that the

Motions are DENIED for the reasons in the accompanying Memorandum on Summary

Judgment.

BY THE COURT:

s/Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2974 - Michniewicz\Michniewicz Keough -- MSJ order.wpd